for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, Lee A. Jackson* and *Melva M. Graney* for respondent.

No. 618. EDWARDS ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *Chester H. Ferguson* and *George W. Ericksen* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *Robert B. Ross* for respondent.

No. 619. CHICAGO, ROCK ISLAND & PACIFIC RAILROAD Co. *v.* WRIGHT. Supreme Court of Oklahoma. Certiorari denied. *Robert E. Shelton* for petitioner. *Irving H. Green* and *Walter D. Hanson* for respondent.

No. 621. DAVIS *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. *Max Solomon* for petitioner.

No. 622. ALPHA SILK Co. ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *William A. Roberts, Irene Kennedy* and *Roger H. Muzzall* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Melvin Richter* for the United States.

No. 631. CONSOLIDATED FREIGHTWAYS, INC. *v.* UNITED TRUCK LINES, INC. C. A. 9th Cir. Certiorari denied. *Donald A. Schafer* for petitioner. *James A. Williams* for respondent.

No. 641. WHITIN MACHINE WORKS *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied. *Whiteford S. Blakeney* for petitioner. *Solicitor*